United States Courts
Southern District of Texas
FILED   Appendix A
*March 17, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____Houston_____ DIVISION

Cavion McCoy

versus

Asset Living

§
§
§
§
§
§
§
§

CIVIL ACTION NO. **4:25-cv-1295**

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.     The Plaintiff is: Cavion McCoy

Address: 2450 Louisiana St ste 400-784

Houston, TX 77006

County of Residence: Harris County

3.     The defendant is: Asset living

Address: 945 Bunker Hill Rd Houston TX

77024

☐     Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.     The plaintiff has attached to this complaint a copy of the charges filed on February 21, 2024 with the Equal Opportunity Commission.

5.     On the date of 12/16/2024, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.    Because of the plaintiff's:

(a)  ☐  race

(b)  ☐  color

(c)  ☑  Sex

(d)  ☐  Religion

(e)  ☐  national orgin,

the defendant has:

(a)  ☐  failed to employ the plaintiff

(b)  ☑  terminated the plaintiff's employment

(c)  ☐  failed to promote the plaintiff

(d)  ☐  other:  _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

On February 17th I was asked to be demoted to promote a female in a all female office. I reported discrimination to the regional manager and was retaliated against by termination.

8.    The plaintiff requests that the defendant be ordered:

(a)  ☐  to stop discriminating against the plaintiff

(b)  ☐  to employ the plaintiff

(c)  ☐  to re-employ the plaintiff

(d)  ☐  to promote the plaintiff

(e)  ☑  to  Provide restitution  _____

_____

_____ and that;

(f)    ☐    the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:        2450 Louisiana st Ste
                400-784  Houston TX, 77006

_____

Telephone:      281-658-1769

3